Brandon J. Witkow (SBN 210443)
bw@witkowlaw.com
Cory A. Baskin (SBN 240517)
cb@witkowlaw.com
witkow | baskin
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
Tel:   818.296.9508
Fax:   818.296.9510

Attorneys for *Plaintiff*
2BCOM, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2BCOM, LLC.,<br><br>               Plaintiff,<br><br>   vs.<br><br>Kia Motors America, Inc.,<br><br>               Defendant. | Case No. 8:20-cv-00676-JVS-JDE<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)** |

witkow | baskin

1    Plaintiff 2BCom, LLC hereby notices that the above-captioned action is
2  voluntarily dismissed, with prejudice, against Defendant Kia Motors America, Inc.
3  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

4

5  Dated:  September 28, 2020          Respectfully submitted,

6

7                                     witkow | baskin

8

9

10  By: /s/ Brandon J. Witkow
    Brandon J. Witkow (SBN 210443)
11  bw@witkowlaw.com
    Cory A. Baskin (SBN 240517)
12  cb@witkowlaw.com
    witkow | baskin
13  21031 Ventura Boulevard, Suite 700
    Woodland Hills, California 91364
14  Tel:    818.296.9508
    Fax:    818.296.9510
15
    Attorneys for *Plaintiff* 2BCOM, LLC.
16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL**